UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20755-Reid

ELIA M. LEON,

    Plaintiff,

v.

NCB MANAGEMENT, INC, *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

The parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 23] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** this 21st day of July 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

**Cc:**    All Counsel of Record